IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THABITI SALIM WILSON, | 1:11-cv-01887-LJO-GBC (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| G. SILVA, | Doc. 8 |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On November 23, 2011, Plaintiff filed a motion to proceed in forma pauperis. On November 29, 2011, the Court granted Plaintiff's motion to proceed in forma pauperis. On December 5, 2011, Plaintiff filed a second motion to proceed in forma pauperis. Since the Court already granted Plaintiff's first motion to proceed in forma pauperis, Plaintiff's second motion is unnecessary.

Accordingly, Plaintiff's December 5, 2011 motion to proceed in forma pauperis is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: December 14, 2011

UNITED STATES MAGISTRATE JUDGE