# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THABITI SALIM WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>G. SILVA, et al.,<br><br>Defendants. | ) 1:11cv01887 LJO DLB PC<br>)<br>)<br>) ORDER ADOPTING FINDINGS AND<br>) RECOMMENDATIONS AND DISMISSING<br>) ACTION FOR FAILURE TO STATE A<br>) CLAIM<br>)<br>) (Document 28)<br>) |

Plaintiff Thabiti Salim Wilson ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this civil rights action on November 14, 2011.

On January 31, 2013, the Court screened the complaint and found that Plaintiff failed to state a claim for which relief could be granted. Pursuant to Court order, Plaintiff filed a First Amended Complaint ("FAC") on May 2, 2013.

On December 4, 2013, the Court screened Plaintiff's FAC and again dismissed it with leave to amend. The Court afforded Plaintiff one final opportunity to file an amended complaint.

After receiving numerous extensions of time, Plaintiff filed his Second Amended Complaint ("SAC") on June 9, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

1

On July 3, 2014, the Court issued Findings and Recommendations that this action be dismissed for failure to state any claims for which relief may be granted.  Plaintiff was informed that he may file objections within thirty (30) days.  On August 4, 2014, Plaintiff received a sixty (60) day extension of time to file objections.  Plaintiff has not filed timely objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 3, 2014 are ADOPTED in full; and

2. This action is DISMISSED for failure to state a claim for which relief may be granted.

This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:  **October 15, 2014**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE